FILED
September 30, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D66

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Eduardo Coronado Valladares and Glenda Nury Valladares | **Case No :** | 09-13782 - B - 13 |
| | | **Date :** | 9/30/09 |
| | | **Time :** | 01:00 |

**Matter :** [57] - Motion/Application to Dismiss Case for Unreasonable Delay That is Prejudicial to Creditors [MHM-2] Filed by Trustee Michael H. Meyer (dchf)
[57] - Motion/Application to Dismiss Case for Failure to File Documents [MHM-2] Filed by Trustee Michael H. Meyer (dchf)

**Judge :** W. Richard Lee
**Courtroom Deputy :** Jennifer Dauer
**Reporter :** Karen Griswold
**Department :** B

**APPEARANCES for :**
**Movant(s) :**
 Trustee - Michael H. Meyer
**Respondent(s) :**
 Debtor(s) Attorney - Hale Andrew Antico

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted.

IT IS FURTHER ORDERED that the case is dismissed.

Dated: September 30, 2009

W. Richard Lee
United States Bankruptcy Judge